IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
IN OPEN COURT

MAR 1 9 2015

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:15cr 3\ |
| v. | ) | |
| | ) | 18 U.S.C. § 513(a) |
| KATHERINE ALBERT-McNAUGHTON, | ) | Making, Uttering and Possessing |
| a/k/a Katherine Albert, | ) | Forged Security of an Organization |
| | ) | (Count 1) |
| Defendant. | ) | |
| | ) | 18 U.S.C. § 1957 |
| | ) | Engaging in Monetary Transactions in |
| | ) | Criminally Derived Property |
| | ) | (Counts 2 & 3) |
| | ) | |
| | ) | Forfeiture |

INDICTMENT

MARCH 2015 TERM – at Norfolk, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

During the period from in or about October 2011 through June 2014, in the Eastern

District of Virginia, KATHERINE ALBERT-McNAUGHTON, a/k/a Katherine Albert, the

defendant, did knowingly make, utter and possess a forged security of HBA Architecture &

Interior Design, Inc., an organization that operates in and the activities of which affect interstate

commerce, with the intent to deceive another person and organization, in that the defendant

forged the signature of a principal of HBA Architecture & Interior Design, Inc., on

approximately eighty-three (83) checks of said organization totaling $469,831.89, as listed

below, and subsequently negotiated said checks and used the proceeds for unauthorized

purposes.

| DATE | CHECK# | CHECK AMOUNT |
|---|---|---|
| 10/13/2011 | 41466 | $1,982.00 |
| 10/27/2011 | 41500 | $6,100.00 |
| 11/3/2011 | 41502 | $5,600.00 |
| 11/1/2011 | 41517 | $6,324.00 |
| 11/21/2011 | 41575 | $7,523.00 |
| 11/4/2011 | 41543 | $5,873.00 |
| 11/9/2011 | 41544 | $5,883.00 |
| 11/29/2011 | 41601 | $6,173.00 |
| 12/8/2011 | 41638 | $5,253.89 |
| 12/28/2011 | 41913 | $8,200.00 |
| 12/28/2011 | 41934 | $5,980.00 |
| 1/15/2012 | 41961 | $2,919.00 |
| 1/31/2012 | 41976 | $3,790.00 |
| 2/5/2012 | 41996 | $2,200.00 |
| 2/21/2012 | 42037 | $5,407.00 |
| 3/7/2012 | 42058 | $6,800.00 |
| 3/19/2012 | 42111 | $4,700.00 |
| 4/2/2012 | 42133 | $8,235.00 |
| 4/10/2012 | 42173 | $3,527.00 |
| 4/16/2012 | 42176 | $3,300.00 |
| 4/30/2012 | 42350 | $4,830.00 |
| 5/15/2012 | 42456 | $4,340.00 |
| 5/23/2012 | 42506 | $3,200.00 |
| 6/5/2012 | 42508 | $4,750.00 |
| 6/5/2012 | 42509 | $5,100.00 |
| 6/18/2012 | 42534 | $5,287.00 |
| 7/2/2012 | 42563 | $5,420.00 |
| 7/5/2012 | 42564 | $4,836.55 |
| 7/12/2012 | 42566 | $3,350.00 |
| 7/25/2012 | 42603 | $5,240.00 |
| 8/6/2012 | 42643 | $4,350.22 |
| 8/9/2012 | 42683 | $8,232.00 |
| 8/14/2012 | 42685 | $6,830.62 |
| 8/17/2012 | 42686 | $4,380.00 |
| 8/28/2012 | 42693 | $6,460.57 |
| 9/7/2012 | 42741 | $8,367.00 |
| 11/15/2012 | 42790 | $1,022.00 |
| 11/12/2012 | 42898 | $985.00 |

| DATE | CHECK# | CHECK AMOUNT |
|---|---|---|
| 11/19/2012 | 42923 | $1,232.18 |
| 11/16/2012 | 42924 | $768.00 |
| 11/26/2012 | 42962 | $1,232.45 |
| 11/28/2012 | 42964 | $1,300.00 |
| 12/4/2012 | 42976 | $1,782.36 |
| 12/11/2012 | 42995 | $1,433.00 |
| 12/18/2012 | 42996 | $1,382.00 |
| 12/21/2012 | 43025 | $1,892.00 |
| 1/2/2013 | 43050 | $6,500.00 |
| 1/4/2013 | 43052 | $6,188.00 |
| 1/15/2013 | 43110 | $2,240.00 |
| 1/21/2013 | 43111 | $7,250.00 |
| 1/22/2013 | 43112 | $9,587.39 |
| 1/29/2013 | 43137 | $9,855.00 |
| 1/29/2013 | 43136 | $8,237.00 |
| 4/4/2013 | 43359 | $8,250.00 |
| 4/8/2013 | 43361 | $9,783.00 |
| 4/30/2013 | 43381 | $8,452.38 |
| 5/3/2013 | 43603 | $9,785.00 |
| 6/12/2013 | 43703 | $8,782.00 |
| 6/20/2013 | 43736 | $9,874.32 |
| 7/8/2013 | 43748 | $9,937.00 |
| 7/8/2013 | 43766 | $9,987.00 |
| 8/14/2013 | 43854 | $9,523.00 |
| 8/19/2013 | 43883 | $7,254.00 |
| 8/26/2013 | 43884 | $9,874.00 |
| 9/24/2013 | 43973 | $4,852.00 |
| 10/10/2013 | 44031 | $6,857.00 |
| 10/24/2013 | 44082 | $6,287.00 |
| 11/5/2013 | 44114 | $4,283.00 |
| 11/22/2013 | 44145 | $5,275.32 |
| 12/5/2013 | 44173 | $4,352.35 |
| 12/19/2013 | 44207 | $4,785.00 |
| 12/30/2013 | 44223 | $4,987.00 |
| 1/14/2014 | 44291 | $4,578.00 |
| 1/31/2014 | 44341 | $3,978.00 |
| 3/3/2014 | 44429 | $5,297.00 |
| 3/17/2014 | 44467 | $5,871.00 |
| 4/1/2014 | 44514 | $6,287.00 |
| 4/15/2014 | 44548 | $8,742.00 |

| DATE | CHECK# | CHECK AMOUNT |
|---|---|---|
| 11/16/2012 | 44608 | $6,854.00 |
| 4/30/2014 | 44939 | $7,254.00 |
| 4/30/2014 | 44966 | $7,458.00 |
| 6/2/2014 | 45097 | $8,741.00 |
| 6/11/2014 | 45135 | $7,961.03 |

(In violation of Title 18, United States Code, Section 513(a).)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 17, 2012, in the Eastern District of Virginia, KATHERINE ALBERT-McNAUGHTON, a/k/a Katherine Albert, the defendant, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000.00 and which was derived from specified unlawful activity, namely, the making, uttering and possession of a forged security of an organization in violation of Title 18, United States Code, Section 513(a), in and affecting interstate commerce, that is, the wire transfer of $13,000.00 from a USAA bank account controlled by the defendant to another bank account.

(In violation of Title 18, United States Code, Section 1957.)

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 10, 2013, in the Eastern District of Virginia, KATHERINE ALBERT-McNAUGHTON, a/k/a Katherine Albert, the defendant, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000.00 and which was derived from specified unlawful activity, namely, the making, uttering and possession of a forged security of an organization in violation of Title 18, United States Code, Section 513(a), in and affecting interstate commerce, that is, the wire transfer of

$15,000.00 from a Wells Fargo bank account controlled by the defendant to another bank account.

(In violation of Title 18, United States Code, Section 1957.)

## FORFEITURE

1. The defendant, if convicted of the violation alleged in Count One of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2. The defendant, if convicted of either of the violations alleged in Counts Two or Three of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, involved in the violation, and any property traceable to that property.

3. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

4. The property subject to forfeiture includes, but is not limited to, the following property:

    a. A sum of money of at least $469,831.89, which is the total amount of gross proceeds of the offense charged in Count One. Said sum of money is subject to a monetary judgment in favor of the United States;

5

b. The contents of HBA Architecture & Interior Design, Inc. Employee Stock Bonus Plan in the name of Katherine Albert-McNaughton (Date of Participation: 11/01/2004); and

c. The contents of HBA Architecture & Interior Design, Inc. Employee Stock Bonus Plan in the name of Katherine Albert-McNaughton (Date of Participation: 05/01/2012).

d. The contents of Wells Fargo account # 552196 6241 in the name of Katherine Albert-McNaughton.

e. The contents of Wells Fargo account # 616516 1263 in the name of Katherine Albert-McNaughton.

f. The contents of Wells Fargo account # 300020968 6303 in the name of Katherine Albert-McNaughton and Michael Lee McNaughton.

g. The contents of Wells Fargo account # 101028632 3671 in the name of Katherine Albert-McNaughton and Michael Lee McNaughton.

h. The contents of USAA account # 12081 2401 in the name of Katherine Albert-McNaughton and Michael Lee McNaughton.

i. The contents of USAA account # 012081 2398 in the name of Katherine Albert-McNaughton and Michael Lee McNaughton.

j. 2013 Jeep Wrangler, Vehicle Identification Number 1C4HJWEG9DL670854.

(In accordance with 18 U.S.C. § 981(a)(1)(C) by 28 U.S.C. § 2461; 18 U.S.C. § 982(a)(1).)

<u>United States v. Katherine Albert-McNaughton</u>
Criminal No. 2:15cr 31

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

**REDACTED COPY**

_____

FOREPERSON

Dana J. Boente
United States Attorney

By: _Alan M. Salsbury_
Alan M. Salsbury
Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Tel. - 757-441-6350
Fax - 757-441-6689
Email - alan.salsbury@usdoj.gov

Sealed Pursuant to the
E-Government Act of 2002